UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
BRUCE EDWARD SHERMAN  
CHERRY ANN SHERMAN  
    Debtor(s)

Case No: 25-11150-BPC  
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

    The debtor's Chapter 13 case was filed on September 30, 2025. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wednesday, January 7, 2026, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | CHERRY ANN SHERMAN | CHERRY ANN SHERMAN | 1,941.00 | MONTHLY | 10/30/2025 |

   Period of payments: 49 months or until a 'POT' of $21,348.00 is paid to unsecured creditors.

   Payable to: **Chapter 13 Trustee**  
   **P. O. Box 613108**  
   **MEMPHIS TN  38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $4,800.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $0.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $49.91 |
| Clerk of Court | Filing Fee | $313.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| INNOVATIONS FINANCIAL CREDIT UNI | Y | $13,295.00 | 8.00 % | $452.00 |
| MARINER FINANCE LLC | Y | $7,995.00 | 7.00 % | $223.00 |
| WORLD OMNI FINANCIAL CORP | Y | $31,315.00 | 8.00 % | $1,034.00 |

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, January 14, 2026.   */s/ Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, January 14, 2026.

**by CM/ECF:**
Danielle K. Greco, Bankruptcy Administrator
ba@almba.uscourts.gov

BROCK & STOUT
bankruptcy@brockandstoutlaw.com

**by First Class Mail, postage prepaid:**

BRUCE EDWARD SHERMAN
CHERRY ANN SHERMAN
4100 S OATES ST LOT 2018
DOTHAN, AL  36301

*/s/ Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee