# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 25−11150
Chapter 13

Bruce Edward Sherman and Cherry Ann Sherman ,

    Debtors.

## ORDER CONFIRMING PLAN

The debtors' plan filed on September 30, 2025, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

Dated January 17, 2026

Bess M. Parrish Creswell
United States Bankruptcy Judge