**The relief described hereinbelow is SO ORDERED**

**Done this 5th day of June, 2026.**



**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**



_____

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF ALABAMA

In re:                                                      Case No. 25-11150

      BRUCE EDWARD SHERMAN,
      CHERRY ANN SHERMAN,

                                                    Chapter 13

Debtor(s).

### ORDER GRANTING MOTION TO MODIFY PLAN POST CONFIRMATION

      Debtor(s) ("Movant") filed a Motion to Modify Plan Post Confirmation (Doc. 29) pursuant to M.D. ALA., LBR 9007-1. Movant properly submitted a Declaration attesting to proper service of the Motion, and no written objection was filed by any party in interest. Pursuant to M.D. ALA., LBR 9007-1, it is hereby

      ORDERED that the Motion is GRANTED according to the terms stated.

###END OF ORDER###

Submitted by:

/s/Brant Swartz
Brant Swartz {SWA027}
Attorney for Debtor(s)
Post Office Drawer 311167-1167
334-393-4357
334-393-0026 FAX
bankruptcy@brockandstout.com

(4/2024)
Case 25-11150    Doc 33    Filed 06/05/26    Entered 06/05/26 07:01:31    Desc Main
Document    Page 1 of 2